## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIO ALCANTARA SANCHEZ, | : | CIVIL NO. 1:24-cv-01627 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

### ORDER
September 30, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the Commissioner's decision is

**AFFIRMED**.  The Clerk of Court shall enter judgment in favor of the

Commissioner and against the plaintiff and then close this case.

_S/Susan E. Schwab_
Susan E. Schwab
United States Magistrate Judge

---

[1] Frank Bisignano is now the Commissioner of Social Security, and he is automatically substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "[t]he officer's successor is automatically substituted as a party"); 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").